UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40733 |
| | ) | Chapter 13 |
| CHAD JAMES OLSON | ) | |
| dba C & J Construction | ) | |
| SSN/ITIN xxx-xx-8968 | ) | |
| | ) | |
| and | ) | ORDER RE: TRUSTEE'S |
| | ) | MOTION TO DISMISS CASE |
| JODI LYN OLSON | ) | |
| fka Jodi Lyn Romer | ) | |
| SSN/ITIN xxx-xx-1975 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Dale A. Wein's Motion to Dismiss (doc. 63), Debtors' responses (docs. 64 and 65), and the record before the Court; and it appearing the parties have advised the Court, through the submission of a proposed order, of their consent to the relief set forth herein; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors shall cure the $1,650.00 arrearage in plan payments by making 22 monthly payments to Trustee Wein of $75.00 each beginning May 15, 2013.  Said cure payments shall be in addition to Debtors' regular plan payments to Trustee Wein of $550.00 per month.

IT IS FURTHER ORDERED, if Debtors fail to make any of the foregoing cure payments or the remaining regular monthly payments under their confirmed plan and such delinquency exists for more than 15 days, this case may be dismissed, without further notice or hearing, upon Trustee Wein's filing of an affidavit of default.

So ordered:  April 25, 2013.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota